UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMISON JAY MOON,                    )
          Plaintiff,                   )
                       )       No. 1:18-cv-896
v.                                   )
                       )       Honorable Paul L. Maloney
COMMISSIONER OF                      )
SOCIAL SECURITY,                     )
          Defendant.                   )
_____      )

## JUDGMENT

In accordance with the order entered on this date (ECF No. 17), and pursuant to Fed.

R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   February 12, 2020                    /s/ Paul L. Maloney
                                               Paul L. Maloney
                                               United States District Judge